# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

DOGA CANCA                                      :
                                                :
               Plaintiff,                       :
                                                :        No.: 19-12318
        v.                                      :
                                                :        Civil Action No. 3:19-cv-12318-MAS-ZNQ
AMAZON.COM, INC.                                :
        and                                     :        DECLARATION OF DOGA CANCA
AMAZON.COM. DEDC, LLC.                           :        IN OPPOSITION TO DEFENDANTS'
                                                :        MOTION TO DISMISS, OR, IN THE
               Defendants.                      :        ALTERNATIVE, TRANSFER VENUE
                                                :

I, Doga Canca, declare as follows:

1.  I am over 18 years of age and competent to make this Declaration.

2.  I write the instant certification to expound upon various facts and circumstances
    surrounding my employment with Defendants (Amazon.Com, Inc., and Amazon.Com
    DEDC, LLC.) whom I shall refer to collectively herein as simply "Amazon."

3.  My specific dates of employment with Amazon were October 3, 2016 through March 5,
    2019.

4.  Beginning October 3, 2016, I commenced employment with Amazon as a Temporary
    Associate stationed to work at their Robbinsville, New Jersey facility.

5.  Amazon operates its businesses at "fulfillment centers" which have acronyms assigned to
    them for identification purposes.  The Robbinsville facility was named "EWR4."

6.  Effective January 25, 2017, I was converted to a full-time regular employee, and
    continued to work at the Robbinsville, New Jersey facility ("EWR4").

7.  Effective July 29, 2018, I was promoted to the position of General Manager Assistant
    (GMA).  However, I commenced and completed my training for this position at EWR4.

8.  Beginning in June, 2018, I was diagnosed with a heart condition, which resulted in the
    need for a surgical procedure at UPenn Hospital on August 23, 2018.

9.  In order to take time off from work for this procedure, I submitted documentation to
    substantiate the need for surgery to my assigned HR Business partner: Jamie Diamond on
    August 21, 2018.  Ms. Diamond was at all relevant times assigned to and has worked at
    the EWR4 facility since July 2017.  *See* Appendix 1 attached hereto.

10. I commenced my leave of absence with Amazon from August 23, 2018 through September 9, 2018. *See* Appendix 2 attached hereto. This leave of absence was designated as leave under the Family and Medical Leave Act ("FMLA"). *Id.*

11. Given that the Staten Island facility (JFK8) where I was to commence my duties as a GMA was not yet physically ready to be staffed until mid-September 2018 – I returned from my medical leave of absence to EWR4 on September 10, 2018 and worked there through September 12, 2018.

12. On September 13 and 14, 2018, I worked at one of Amazon's other New Jersey facilities (in Edison, NJ, referred to as "LGA9") for work-related conferences.

13. Until the State Island (JFK8) facility "launched" on September 27, 2018, I worked at various conferences in New York, including at hotels and also worked from home in Levittown, Pennsylvania.

14. Therefore, I did not physically start working for Amazon at the JFK8 until September 27, 2018.

15.  On January 23, 2019, I applied to EWR4 for a transfer, to the position of Area Manager.

16. I was granted an interview with the <u>Robbinsville's management team</u> on February 26, 2019, including Stephen Sauer (Operations Manager), Katelyn Novak (Sr. Maintenance Manager), and Jamie Diamond (Sr. HR Business Partner). *See* Appendix 3.

17. Despite being approved for the transfer to Area Manager (as I had very positive interviews with the Robbinsville managers), Amazon ultimately declined to hire me for the Area Manager role in New Jersey and implemented their decision to terminate on March 5, 2019.


I declare under penalty of perjury pursuant to the laws of the United States of America and the State of Pennsylvania that the foregoing is true and correct.


Executed in Levittown, Pennsylvania on this __3__ rd day of September, 2019.


*Doga Canca*
Doga Canca

# Appendix 1

   

Q Search

**Are You an Attorney? - 21 new legal clients seeking a local attorney now. View their cases today!**   Ad ···



**Jamie (Lazarie) Diamond** · 3rd

Sr. HRBP at Amazon

Jackson, New Jersey · 500+ connections · Contact info

Message   More...

■ Amazon

🛡 Penn State University



Christine, picture yourself at Amaz

Human Resource Investigator
Heblokk Virtual Services | Build & H

Employee Relations Manager
New York City, NY, US

Sr. HR Assistant
Durham, NC, US

View More

**People Also Viewed**

 **Wendy Berkowitz** · 3rd 🔗
Regional HR Manager at Amazo

 **Amanda Hummel** · 3rd
Sr. HR Business Partner at Amazo

 **Tony Huang** · 3rd
Operations Manager at Amazon

 **James Krupa** · 3rd
Operations Manager at Amazon

 **Avik Saha** · 3rd
Director, Delivery Strategy

 **Denis Markov** · 3rd
Sr. Manager, Supply Chain Opera
at Amazon

 **Emma Wilson** · 3rd
Area Manager II at Amazon

 **Anand Mehta** · 3rd
Director Of Operations at Amazo

 **Wade Satanik** · 3rd
Operations Manager at Amazon

 **Ameer Allen** · 3rd
Sr. HRBP at Amazon

---

**Get the LinkedIn app and see more profiles like Jamie's anytime, anywhere**    ✕

cburke@karpf-law.com    Send me a link

**Or send me an SMS instead**

Jamie Diamond
Sr. HRBP at Amazo...

---

## Experience

■ **Amazon**
7 yrs 2 mos

○ **Sr. HRBP**
Jul 2017 – Present · 2 yrs 2 mos
Robbinsville, NJ

○ **Learning Manager**
May 2015 – Present · 4 yrs 4 mos
Robbinsville, New Jersey

○ **Operations Manager**
Apr 2015 – Present · 4 yrs 5 mos
Robbinsville, New Jersey

○ **Area manager**
Jul 2012 – Apr 2015 · 2 yrs 10 mos
Robbinsville, New Jersey

 **Operations Intern**
Amazon
Jun 2011 – Aug 2011 · 3 mos
New Castle, DE

**Learn the skills Jamie has**

**Niche Recruiting**
Viewers: 31,032

**HR as a Business Part**
51,740

---

## Education

 **Penn State University**
Bachelor of Science (BS), Logistics, Materials, and Supply Chain Management
2008 – 2012
Activities and Societies: Women in Business, Smeal College of Business Student Mentor, Pen
Dance Marathon

Your connections can now see your active status by default. You can also see who is online or reachable. Learn more

Manage settings    Got it

loyee Experience
13,252

Messaging   6

**Management** · 30

Endorsed by 11 of Jamie's colleagues at Amazon

**Leadership** · 25

Endorsed by 10 of Jamie's colleagues at Amazon

**Microsoft Office** · 22

Endorsed by 8 of Jamie's colleagues at Amazon

Show more ∨

## Recommendations

Received (1)    Given (0)

**jermaine jefferies**
Picker at Amazon
July 4, 2014, jermaine worked with
Jamie in different groups

Jamie is one of the hardest working, helpful, kind, and just all
around great people I have had the privilege of working with at
Amazon. In my personal opinion the building she is at is lucky to
have her. While she was not my direct supervisor she always
helped me out with any problems I had. In short Jamie ... See more





Your connections can now see your active
status by default. You can also see who is
online or reachable. **Learn more**

**Manage settings**    Got it

Messaging   6

# Appendix 2



September 16, 2018

Doga Canca
11 Tweed Road
Levittown, Pennsylvania 19056

Case #: 18082600165
Re: Disability Leave Approval Notice

This letter confirms that the Leave of Absence and Accommodations (LOAA) team has made the following determination regarding your request for a leave of absence with short-term disability benefits. Please review the decisions and dates carefully.

## Claim Status Summary

The below chart provides a summary status of all covered plans associated with your absence.

| Plan Name | Decision Status | Decision Date | From | Through |
|---|---|---|---|---|
| Amazon STD Medical | Approved | 09/16/2018 | 08/23/2018 | 09/09/2018 |
| Family and Medical Leave Act | Approved | 09/16/2018 | 08/23/2018 | 09/09/2018 |

Note: Fulfillment Center employees who take a leave of absence that meets or exceeds a duration of 90 consecutive days, may need retraining upon their return to work.

Your leave has been classified as protected leave under the federal Family and Medical Leave Act (FMLA) and/or applicable state leave law(s). (For your specific leave designation, refer to the Claim Status Summary below, which lists all leave types for which you have been approved). This time will be job-protected, and your time off from work will reduce your available FMLA and/or applicable state leave balance.

The time during which you receive disability benefits will run at the same time as your FMLA leave and any approved applicable state leave.

## What You Need to Do

- **Step 1: Notify the Leave of Absence and Accommodations (LOAA) team of Your Disability Status.**
  If you have an office visit scheduled, you must contact the Leave of Absence and Accommodations (LOAA) team after your appointment and provide an update. As needed, the Leave of Absence and Accommodations (LOAA) team will request additional information directly from your health care provider and/or will contact you for updates.

  If you remain out of work beyond 09/09/2018, you will be required to submit continuing proof of disability or need for leave of absence.

- **Step 2: Submit Proof of Your New York State Disability Benefits**
  If you have not already, fax a copy of your New York state disability insurance benefit check and/or award letter within 5 business days of receiving it to the 1-847-554-1812, or mail it to:

  Leave of Absence and Accommodations (LOAA) team
  PO Box 6278
  Broomfield, CO 80021

## What Happens to Your Job

Your leave has been classified under the federal Family and Medical Leave Act (FMLA) and/or applicable state leave law(s). This time will be job-protected, and your time off from work will reduce your available FMLA and/or applicable state leave balances. The time during which you receive disability benefits will run at the same time as your FMLA leave and any approved applicable state leave.

If you return to your typical work schedule before your job protection ends, you will be entitled to be reinstated to the same or an equivalent job (with the same pay, benefits, and conditions of employment) as if you had never gone on leave. However, certain circumstances could prevent your reinstatement (for example, if your position is eliminated or there is a reduction in workforce).

If you have taken family or medical leave in the previous 12 months, **you may not have enough FMLA and/or applicable state leave entitlement available to cover your entire leave.** Please contact the Leave of Absence and Accommodations (LOAA) team for more information.

The below chart provides a summary of your family and medical leave usage as of the date of this letter, as well as an estimate of how many hours of entitlement you will use during this leave. Your family and medical leave may run concurrently with any other leave for which you are approved.

## Leave Usage Summary

| Plan Name | Hours Used to Date | Estimated Hours Remaining to Date | Projected Hours Used By End of Leave |
|---|---|---|---|
| Family and Medical Leave Act | 96 | 384 | 96 |

When your leave ends, you will have used approximately 96 hour(s) of your 12-week FMLA entitlement, leaving you with 384 hour(s) remaining.

**Note:** If your leave dates change, please contact the Leave of Absence and Accommodations (LOAA) team to confirm your adjusted remaining FMLA entitlement.

## What Happens to Your Pay

**STD Benefits**
STD benefits begin after you have been unable to work for seven calendar days and may continue for up to 25 weeks. The amount you receive depends on the approved length of your disability and the entitlement benefit provided by your STD plan.

You can use available accrued paid time off, such as vacation or personal time, to cover all or part of the waiting period. If you do not have enough paid time off to cover the entire waiting period, the portion that is not covered will be unpaid leave.

Note: Depending on your work city or state, you may have other paid time off that you can apply.

Please note: RSU vesting will suspend on the 1st day of any unpaid personal leave of absence (excluding military leave).

**Health and Insurance Benefits**
If you have health insurance coverage (medical/dental and vision insurance) under Amazon and its affiliates' benefit plans, deductions for your benefits coverage will continue as long as you are receiving pay from Amazon and its affiliates.If you are not receiving pay, your benefit premium payments will be deducted from your pay after you return to work.

If you do not return to work, you may be required to repay any premium payments made by Amazon and its affiliates during your leave to maintain your coverage.

For additional information pertaining to the impacts of leave on your benefits, please reference the enclosed Benefits During LOA Guide.

New York DBL benefits
Your STD benefits will be reduced by the maximum amount of New York DBL benefits for which you are eligible. Any necessary adjustments will be made after the Leave of Absence and Accommodations (LOAA) team receives proof of your New York DBL benefit amount.

**Note:** If your New York DBL benefit is greater than your STD benefit, your STD benefit payments will end. You will receive New York DBL benefit payments for the duration of your approved, certified period of disability.

## Returning to Work

Your return-to-work date will be determined based on information we receive from your health-care provider.

Before you can return to work, you must provide the Leave of Absence and Accommodations (LOAA) team with documentation from your health care provider certifying that you are able to return to work. You can fax the documentation to 1-847-554-1812. The Leave of Absence and Accommodations (LOAA) team will coordinate all return-to-work arrangements with you and your employer. If you do not provide the necessary return-to-work documentation, your return could be delayed, and your pay and attendance may be impacted.

You have notified us that your expected return to work date is . If this date changes or you are unable to return to work, please notify the Leave of Absence and Accommodations (LOAA) team so that additional documentation may be obtained to support a continued disability.

Before you return to work, you must provide the Leave of Absence and Accommodations (LOAA) team with documentation from your health care provider certifying that you are able to return to work. You can fax the documentation to 1-847-554-1812. The Leave of Absence and Accommodations (LOAA) team will coordinate all return-to-work arrangements with you and your employer. If you do not provide the necessary return-to-work documentation, your return could be delayed, and your pay and attendance may be impacted.

You have indicated that you returned to work on ; your claim has been updated with this information. If this date is not accurate, please notify the Leave of Absence and Accommodations (LOAA) team.

If you need to request an extension to your claim, contact your manager and the Leave of Absence and Accommodations (LOAA) team as soon as possible.

## For More Information

If you have any questions about your claim, contact the Leave of Absence and Accommodations (LOAA) team at 1-888-892-7180, option 1. Representatives are available between 5:00 a.m. and 5:00 p.m. Pacific time, Monday through Friday.

Enclosure(s):
Fax Cover Sheet
Benefits During LOA Guide

STD Intake Repayment
Envelope

Any claim adjustment described above for Amazon and its affiliates is performed by Reed Group Management LLC ('Reed Group'), a Connecticut limited liability company and licensed third party administrator. Reed Group does business as 'Reed Management Administrators, LLC' in CA, 'Reed Group Claim Services LLC' in NY, and its own name in other states.

# Appendix 3



Christine Burke <cburke@karpf-law.com>

---

## Fwd: Amazon Virtual On-site Interview Confirmation – Doga Canca

---

**Doga Canca** <dogacanca@gmail.com>                     Tue, Aug 27, 2019 at 3:43 PM
To: Christine Burke <cburke@karpf-law.com>


---------- Forwarded message ---------
From: **Mukund, Pranathi** <pranath@amazon.com>
Date: Thu, Feb 21, 2019 at 4:06 PM
Subject: Amazon Virtual On-site Interview Confirmation – Doga Canca
To: Canca, Doga <cancadec@amazon.com>
CC: Colvin, Chris <colvic@amazon.com>



Hi **Doga,**


We are looking forward to speaking with you on **Tuesday, February 26, 2019,** at your **virtual** interview via Amazon
Chime! We would like to make sure you have everything you need to be successful in your upcoming interview, so please
let me know if you have any questions.


**INTERVIEW DETAILS**

Date: **Tuesday, February 26, 2019**

Time: **11:00 AM EST**

Location: **Amazon Chime** (details below) **- Meeting ID: 9654 34 4384**


Time Zone: **EST**


**INTERVIEW SCHEDULE**

You will be meeting for 45 minutes each:

| Time (EST) | Interviewers (Tittle) | Chime Meeting Id |
|---|---|---|
| 11:00 - 11:45am | **Stephen Sauer** *(Operations Manager)* | Meeting ID: 9654 34 4384 |
| 11:50 - 12:35pm | **Katelyn Novak** *(Sr. Maintenance Manager)* | Meeting ID: 9654 34 4384 |
| 12:40 - 1:25pm | **Jamie Diamond** *(Sr HR Business Partner)* | Meeting ID: 9654 34 4384 |

***If this schedule does not align with your shift, please notify us and your site HR so that we can make accommodations.**

***This interview will be conducted via Chime. Please dial into each interviewer's Chime Conference Line during the appropriate time slot. If you require a computer or a quiet space to take your interview, please reach out to your site HR to make any arrangements necessary.**

**Conference Call Instructions:**

1) Dial into Chime with the first phone number.

2) When prompted, enter the PIN number and then hit the # button/or simply follow the instructions by the automated voice.

3) You're in! If the interviewers have not joined the call within 5 minutes of the interview time, please email me.

-

**INTERVIEW PREPARATION**
- Interview Prep Document: Please review for tips to a successful interview
- Begin preparing now. We want you to perform well in your interview, so we've put together some great resources to help you prepare at ownyourcareer.amazon.com. On this site you can watch a video about How to Interview, use the STAR method to become familiar with Amazon's
   behavioral based interviewing style, and find lots of other great resources to help you prepare.

**5 Day Promise:** The recruiting team will follow up with you within **5 business days** of your onsite interview taking place. We will send you an email notifying you of your interview outcome, and we will send an email to your current manager providing detail interview feedback to review with you. Please note, at this point in the interview process we ask that you disregard any applicant status changes in the Portal for this position. Our recruiting processes may cause changes to your status that do not accurately reflect your current state. Your interview outcome will be communicated to you via email.

**Please confirm via email that you have received this information.**

Good luck with your interviews. We're looking forward to meeting you and learning more about you!

**Pranathi Mukund, Recruiting Coordinator**

Amazon Worldwide Operations Talent Acquisition

**E:** pranath@amazon.com

Learn more here about interviewing at Amazon!



--

Sincerely,

Doga Canca

---

**3 attachments**

    **Area Manager JD Updated PDF.PDF**
    409K

    **Amazon Onsite Prep Doc Non-Exempt.pdf**
    2537K

    **Amazon Onsite Prep Doc Exempt.pdf**
    2704K