# EXHIBIT C



**New Jersey**
UNITED STATES

## About New Jersey

Come join the team in New Jersey!

## Find jobs in New Jersey, United States

**Filter by**

Showing 1 - 10 of 133 jobs

Sort by: Most relevant

### JOB TYPE

Full Time (133)

Seasonal (1)

### JOB CATEGORY

Software Development (45)

Fulfillment & Operations Management (21)

Project/Program/Product Management--Technical (10)

Solutions Architect (8)

Human Resources (6)

more ▼

### CITIES

Newark, New Jersey, USA (75) ☐

Robbinsville, New Jersey, USA (19) ☐

Jersey City, New Jersey, USA (14) ☐

Carteret, New Jersey, USA (11) ☐

Florence, New Jersey, USA (8) ☐

Avenel, New Jersey, USA (5) ☐

Moonachie, New Jersey, USA (1) ☐

---

**Sr Software Development Engineer II**
US, NJ, Newark | Job ID: 927384

Posted August 27, 2019
(Updated about 5 hours ago)

Audible Digital Asset Management (ADAM) group is the repository for all audio data pertaining to Audible products. These critical services/pipelines process incoming metadata from providers and manage...Read more

---

**Manager, Business Intelligence - AMZ3346**
US, NJ, Newark | Job ID: 926665

Posted August 26, 2019
(Updated 1 day ago)

MULTIPLE POSITIONS AVAILABLE Entity: Audible, Inc., an Amazon.com Company Title: Manager, Business Intelligence Worksite: Newark, NJ Position Responsibilities: Define and execute standard...Read more

---

**Senior Development Manager**
US, NJ, Newark | Job ID: 925470

Posted August 23, 2019
(Updated 4 days ago)

This opportunity is for a Senior Manager of Software Development who will manage and grow engineering teams for Audible's Consumer Domains group. We are the team that creates and powers Audible's website...Read more

---

**Onsite Medical Representative**
US, NJ, Robbinsville | Job ID: 924902

Posted August 22, 2019
(Updated 5 days ago)

Onsite Medical Representative Overview: The Onsite Medical Representative (OMR) will serve as the site's designated first aid provider in the warehouse, coordinating and implementing the Amazon Global...Read more

---

**Software Development Engineer I**
US, NJ, Newark | Job ID: 924673

Posted August 22, 2019
(Updated 5 days ago)

Catalog Metadata Services (CMS) group is the repository for all data pertaining to

**BUSINESS CATEGORY**

- Subsidiaries (67) ☐
- Fulfillment & Operations (19) ☐
- Finance and Accounting (12) ☐
- Amazon Web Services (10) ☐
- Human Resources (2) ☐

more ▾

**CATEGORY**

- Corporate (89)
- Fulfillment Center (44)

Audible products. These critical services process incoming metadata from providers and manage the workflow from publishing...Read more

### 2019 Tier 3 Pod Q3
US, NJ, Robbinsville | Job ID: 923971

Posted August 21, 2019
(Updated 6 days ago)

Pod Interviews - Recruiting Limited to EWR4 Internal Candidates Only You must fill out a 2019 Tier 3 Matrix for Q3 with your manager in order to be considered for a position. The Matrix must be filled...Read more

### Sr Quality Assurance Engineer II
US, NJ, Newark | Job ID: 923788

Posted August 21, 2019
(Updated 6 days ago)

Audible Mission is to unleash the power of the spoken word. Our Quality Assurance engineers work closely with their engineering partners to drive this mission forward. We are seeking an experienced quality...Read more

### Software Development Engineer II
US, NJ, Newark | Job ID: 923218

Posted August 20, 2019
(Updated 7 days ago)

As an engineer on the Enterprise Business team, you'll be expected to lead by example, write great code and solve difficult problems. We are entrepreneurial in nature; our team frequently challenges the...Read more

### Area Manager - Robbinsville, NJ (Military Veterans and Spouses Encouraged)
US, NJ, Robbinsville | Job ID: 922777

Posted August 20, 2019
(Updated 7 days ago)

Amazon.com is an Equal Opportunity Employer – Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age ABOUT AMAZON At Amazon, we have a peculiar culture built on pioneering...Read more

### Sr. Manager, Software Development
US, NJ, Newark | Job ID: 922756

Posted August 20, 2019
(Updated 7 days ago)

This opportunity is for a Senior Manager of Software Development who will manage and grow engineering teams for Audible's Consumer Domains group. We are the team that is responsible to create awareness...Read more

1  2  3  ...  14

JOIN US ON  f  in     

Amazon is an Equal Opportunity Employer – Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.

Privacy and Data   Impressum

© 1996-2019, Amazon.com, Inc. or its affiliates